UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAELS STORES INC, et al.,<br><br>　　　　Defendants. | No.  1:20-cv-01473-NONE-EPG<br><br>**STIPULATION TO AMEND SCHEDULING ORDER; ORDER**<br><br>**(ECF No. 14)** |

　　　Plaintiff, Hendrik Block ("Plaintiff") and Defendants Michaels Stores Inc. dba Michaels #9884, and River Park Properties II, a California Limited Partnership ("Defendants," and together with Plaintiff, the "Parties"), together request that the Court amend the current deadlines set by this Court's Scheduling Conference Order, dated February 19, 2021 (Dkt. 13) ("Scheduling Order") as follows:

　　　**WHEREAS,** Plaintiff properly noticed a site inspection that was set to take place on March 3, 2021, but it was postponed on March 2, 2021 by co-counsel for Michaels Stores Inc. due to an illness in the family, with the agreement to continue the site inspection to April 2021;

1

1      **WHEREAS,** the Scheduling Order sets a deadline to request leave to amend the pleadings of April 1, 2021, and prior to amending his complaint, Plaintiff needs to inspect the subject property to identify whether any additional barriers to his access exist, for Plaintiff's consultant to prepare his findings, for Plaintiff to review those findings and prepare his amended complaint, for Plaintiff to provide the proposed amendment to Defendants so that they can consider stipulating to the amendment, and for Plaintiff to prepare a motion for leave to amend if Defendants not stipulate;

**WHEREAS,** Plaintiff confirmed a new date with co-counsel for Michaels Stores Inc. and properly re-noticed a site inspection set to take place on April 7, 2021;

**NOW, THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE AND AGREE** to amend the Scheduling Order to extend the deadline to request leave to amend the pleadings to May 8, 2021.

All other requirements set forth in the Scheduling Order relating to the above shall remain unchanged, including the pre-trial and trial dates.

Dated: March 17, 2021                    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Hendrik Block

Dated: March 18, 2021                    NYE, STIRLING, HALE & MILLER LLP

*/s/ Jordan T. Porter*
Jordan T. Porter
Alison M. Bernal
Attorneys for Defendant,
Michaels Stores Inc. dba Michaels #9884

///
///
///

2

| | | |
|---|---|---|
| 1 | Dated: March 17, 2021 | BAILEY BRAUER |
| 2 | | |
| 3 | | */s/ John D. Bosco*<br>John D. Bosco |
| 4 | | Co-Counsel for Defendant,<br>Michaels Stores Inc. dba Michaels #9884 |
| 5 | | |
| 6 | Dated: March 17, 2021 | GORDON REES SCULLY |
| 7 | | MANSUKHANI, LLP |
| 8 | | |
| 9 | | */s/ Kristin A. Blocher*<br>Talia L. Delanoy |
| 10 | | Kristin A. Blocher |
| 11 | | Attorneys for Defendant,<br>River Park Properties II, |
| 12 | | a California Limited Partnership |

3

## **ORDER**

On March 18, 2021, the parties filed a stipulation to amend the scheduling order. (ECF No. 14). Good cause appearing, the Court grants the requested relief.

Accordingly, IT IS HEREBY ORDERED that the Scheduling Order, dated February 19, 2021 (ECF No. 13), is amended to extend the deadline for the Parties to seek leave to amend the pleadings to May 8, 2021.

IT IS SO ORDERED.

Dated:  **March 19, 2021**              /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE