UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAELS STORES, INC., et al.,<br><br>                Defendants. | Case No. 1:20-cv-01473-NONE-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL OF ENTIRE ACTION<br><br>(ECF No. 16) |

On May 26, 2021, the parties filed a stipulation dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 16). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *see Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending motions and deadlines, assign a district judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

Dated: **June 1, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1